MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE: ) CHAPTER 7
) CASE NO. 02-30511-DDO
CHAPEK, RANDY SCOTT )
) TRUSTEE'S FINAL REPORT AND
) PROPOSED DISTRIBUTION
Debtor (s) )

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as Form 1 is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as Form 2 is an itemized statement of the trustee's receipts and disbursements showing total receipts of $6,079.39, disbursements of $163.38, and balance on hand of $5,916.01. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of Entity | Nature of Interest | Proposed Payment |
|---|---|---|

5. The maximum allowable trustee compensation is $1,357.94. The trustee has received $0.00 for interim compensation, and $0.00 for reimbursement of interim expenses and requests an additional $1,357.94 for final compensation and an additional $45.69 for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $5,916.01 , for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 1,357.94 | 1,357.94 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 45.69 | 45.69 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 10,616.75 | 4,021.08 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 1,297.16 | 491.30 |
| | Total | 13,317.54 | 5,916.01 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c) $0.00, for unsecured creditors allowed in the total amount of $54,477.79, yielding a dividend of 0.0000000% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | 000007 | 8,878.50 | 0.00 |
| CITIBANK | 000005 | 1,546.16 | 0.00 |
| MBNA AMERICA BANK | 000003 | 17,320.95 | 0.00 |
| MN STATE FSA OFFICE | 000006 | 23,965.88 | 0.00 |
| SECURITY BANK MINNESOTA | 000002 | 1,219.52 | 0.00 |
| WELLS FARGO BANK MN NA | 000004 | 1,546.78 | 0.00 |
| Total | | $54,477.79 | $0.00 |

MN-302
(Rev'd 10/00)
Page  3

      7.      The trustee's distribution of gross receipts of $<u>6,079.39</u> from liquidation of all property of the estate is summarized below:

| | | |
|---:|---|---|
| $ <u>1,357.94</u> | a. | Trustee Compensation |
| $ <u>4,021.08</u> | b. | Fee for Attorney for Trustee |
| $ <u>0.00</u> | c. | Fee for Attorney for Debtor |
| $ <u>0.00</u> | d. | Other Professionals |
| $ <u>700.37</u> | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ <u>0.00</u> | f. | Secured Creditors |
| $ <u>0.00</u> | g. | Priority Creditors |
| $ <u>0.00</u> | h. | Unsecured Creditors |
| $ <u>0.00</u> | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ <u>6,079.39</u> | j. | SUBTOTAL (sum of lines a through i) |
| $ <u>0.00</u> | k. | Payments to Debtor (including payments of exemptions) |
| $ <u>6,079.39</u> | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

      8.      The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

      WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  November 15, 2005        /e/ Randall L. Seaver
                                                              RANDALL L. SEAVER, Trustee
                                                              12400 PORTLAND AVENUE SOUTH
                                                              SUITE 132
                                                              BURNSVILLE, MN  55337
                                                              (952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: __1/9/06_____           HABBO G. FOKKENA
                                                    UNITED STATES TRUSTEE
                                                    Region 12

                                          By: _____

Case No: 02-30511   DDO   Judge: Dennis D. O'Brien
Case Name: CHAPEK, RANDY SCOTT

For Period Ending: 11/20/05

Trustee Name: RANDALL L. SEAVER
Date Filed (f) or Converted (c): 02/05/02 (f)
341(a) Meeting Date: 03/04/02
Claims Bar Date: 07/22/02

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. BANK ACCOUNTS | 10.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. HOMESTEAD | 220,000.00 | 0.00 | | 0.00 | FA |
| 3. 1983 HONDA MOTORCYCLE | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. 2001 FORD PICKUP (LEASED) | 0.00 | 0.00 | | 0.00 | FA |
| 5. COMPUTER AND RELATED ITEMS | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. VIDEOS | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. SHOTGUN | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. PISTOL | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. ELECTRIC DART BOARD | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. SNOWMOBILE TRAILER | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. 1995 ZR700 SNOWMOBILE | 1,600.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. 401K | 9,090.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. PENSION | 14,752.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

LFORM1

Ver: 10.61a

| Case No: | 02-30511 DDO Judge: Dennis D. O'Brien | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | CHAPEK, RANDY SCOTT | Date Filed (f) or Converted (c): | 02/05/02 (f) |
| | | 341(a) Meeting Date: | 03/04/02 |
| | | Claims Bar Date: | 07/22/02 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. SOYBEANS | 7,800.00 | 0.00 | OA | 0.00 | FA |
| 16. CORN | 15,470.00 | 0.00 | OA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. JD RIDING LAWN MOWER | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 18. TAX REFUNDS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 19. UNSCHEDULED FIREARMS (u) | 0.00 | 4,250.00 | | 4,250.00 | FA |
| 20. TRANSFER TO FATHER | 8,000.00 | 0.00 | | 0.00 | FA |
| 21. SNOWMOBILE (CLAIMED TO BE SON'S) | 3,000.00 | 0.00 | | 0.00 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 74.97 | FA |
| 23. UNSCHEDULED GUN (ITHACA) (u) | 0.00 | 1.00 | | 150.00 | FA |
| 24. UNSCHEDULED FIREARMS TRANSFER TO KRUGER (u) | 0.00 | 4,874.65 | OA | 1,604.42 | FA |
| This resulted in judgment against debtor. | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $ 290,472.00 | $ 9,125.65 | $ 6,079.39 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Remaining value of item 24 to be abandoned

Initial Projected Date of Final Report (TFR): 12/31/02     Current Projected Date of Final Report (TFR): 01/15/06

LFORM1

Ver: 10.61a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | |
|---|---|
| Case No: 02-30511 -DDO | Trustee Name: RANDALL L. SEAVER |
| Case Name: CHAPEK, RANDY SCOTT | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******0092 Money Market - Interest Bearing |
| Taxpayer ID No: *******2959 | |
| For Period Ending: 11/20/05 | Blanket Bond (per case limit): $ 18,470,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/02 | 19 | HART BROTHERS | Unscheduled firearms | 1229-000 | 4,250.00 | | 4,250.00 |
| | | MONEY ORDER | General Sale Of Estate Property | | | | |
| 04/30/02 | 22 | NationsBank | Interest Rate 1.200 | 1270-000 | 0.83 | | 4,250.83 |
| 05/31/02 | 22 | NationsBank | Interest Rate 1.200 | 1270-000 | 4.33 | | 4,255.16 |
| 06/06/02 | 000101 | International Sureties, Ltd. | TRUSTEE BOND | 2300-000 | | 1.94 | 4,253.22 |
| | | Suite 1700 | Bond # 016018055 | | | | |
| | | 2100 Baronne Street | Term: 06/01/02 to 06/01/03 | | | | |
| | | New Orleans, La. 70112 | | | | | |
| 06/26/02 | 23 | Hart Brothers Weaponry LLC | Unscheduled gun (Ithaca) | 1229-000 | 150.00 | | 4,403.22 |
| | | Route 1 Box 24A | General Sale Of Estate Property | | | | |
| | | Albert Lea, MN 56007 | | | | | |
| 06/28/02 | 22 | NationsBank | Interest Rate 1.200 | 1270-000 | 4.19 | | 4,407.41 |
| 07/31/02 | 22 | NationsBank | Interest Rate 1.200 | 1270-000 | 4.48 | | 4,411.89 |
| 08/30/02 | 22 | NationsBank | Interest Rate 1.200 | 1270-000 | 4.49 | | 4,416.38 |
| 09/30/02 | 22 | NationsBank | Interest Rate 1.200 | 1270-000 | 4.36 | | 4,420.74 |
| 10/31/02 | 22 | NationsBank | Interest Rate 1.200 | 1270-000 | 4.51 | | 4,425.25 |
| 11/29/02 | 22 | NationsBank | Interest Rate 0.850 | 1270-000 | 3.60 | | 4,428.85 |
| 12/31/02 | 22 | NationsBank | Interest Rate 0.850 | 1270-000 | 3.20 | | 4,432.05 |
| 01/31/03 | 22 | NationsBank | Interest Rate 0.850 | 1270-000 | 3.20 | | 4,435.25 |
| 02/28/03 | 22 | NationsBank | Interest Rate 0.850 | 1270-000 | 2.89 | | 4,438.14 |
| 03/31/03 | 22 | NationsBank | Interest Rate 0.500 | 1270-000 | 2.01 | | 4,440.15 |
| 04/02/03 | 000102 | Clerk of Court | Adversary Proceeding Filing Fee | 2700-000 | | 150.00 | 4,290.15 |
| | | US Bankruptcy Court | | | | | |
| | | 200 US Courthouse | | | | | |
| | | 316 North Robert Street | | | | | |
| | | St. Paul, MN 55101 | | | | | |
| 04/30/03 | 22 | NationsBank | Interest Rate 0.500 | 1270-000 | 1.78 | | 4,291.93 |
| 05/30/03 | 22 | NationsBank | Interest Rate 0.500 | 1270-000 | 1.81 | | 4,293.74 |
| | | | Page Subtotals | | 4,445.68 | 151.94 | |

Ver: 10.61a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Case No: 02-30511 -DDO  
Case Name: CHAPEK, RANDY SCOTT  
Taxpayer ID No: *******2959  
For Period Ending: 11/20/05

Trustee Name: RANDALL L. SEAVER  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******0092 Money Market - Interest Bearing  
Blanket Bond (per case limit): $ 18,470,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/11/03 | 000103 | International Sureties, Ltd. ATTN: Ms. Bootie Farnsworth 210 Baronne Street, Suite 1700 New Orleans, LA 70112-1722 | Trustee Bond | 2300-000 | | 2.86 | 4,290.88 |
| 06/30/03 | 22 | NationsBank | Interest Rate 0.500 | 1270-000 | 1.77 | | 4,292.65 |
| 07/31/03 | 22 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.73 | | 4,293.38 |
| 08/29/03 | 22 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.72 | | 4,294.10 |
| 09/02/03 | 24 | Automatic Data Processing, Inc. 1400 Montefino Avenue Diamond Bar, California 91765-5482 | Funds garnished for gun transfer General Sale Of Estate Property | 1290-000 | 53.09 | | 4,347.19 |
| 09/14/03 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer General Sale Of Estate Property | 1290-000 | 46.58 | | 4,393.77 |
| 09/19/03 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer General Sale Of Estate Property | 1290-000 | 48.07 | | 4,441.84 |
| 09/24/03 | 24 | Automatic Data Processing | Funds garnished for gun transfer General Sale Of Estate Property | 1290-000 | 48.24 | | 4,490.08 |
| 09/30/03 | 22 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.73 | | 4,490.81 |
| 10/06/03 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer General Sale Of Estate Property | 1290-000 | 44.32 | | 4,535.13 |
| 10/09/03 | 24 | Automatic Data Processing, Inc | Funds garnished for gun transfer General Sale Of Estate Property | 1290-000 | 47.65 | | 4,582.78 |
| 10/14/03 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer General Sale Of Estate Property | 1290-000 | 39.77 | | 4,622.55 |
| 10/23/03 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer General Sale Of Estate Property | 1290-000 | 43.92 | | 4,666.47 |
| 10/30/03 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer General Sale Of Estate Property | 1290-000 | 58.15 | | 4,724.62 |
| 10/31/03 | 22 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.78 | | 4,725.40 |
| 11/06/03 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 43.64 | | 4,769.04 |

Page Subtotals 478.16 2.86

LFORM24

Ver: 10.61a

| Case No: | 02-30511 -DDO | | Trustee Name: | RANDALL L. SEAVER |
| --- | --- | --- | --- | --- |
| Case Name: | CHAPEK, RANDY SCOTT | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0092  Money Market - Interest Bearing |
| Taxpayer ID No: | *******2959 | | | |
| For Period Ending: | 11/20/05 | | Blanket Bond (per case limit): | $ 18,470,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/28/03 | 22 | NationsBank | General Sale Of Estate Property<br>Interest Rate  0.200 | 1270-000 | 0.78 | | 4,769.82 |
| 12/31/03 | 22 | NationsBank | Interest Rate  0.100 | 1270-000 | 0.41 | | 4,770.23 |
| 01/09/04 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 19.65 | | 4,789.88 |
| 01/15/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 13.85 | | 4,803.73 |
| 01/20/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 4.10 | | 4,807.83 |
| 01/29/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 13.85 | | 4,821.68 |
| 01/30/04 | 22 | NationsBank | General Sale Of Estate Property<br>Interest Rate  0.100 | 1270-000 | 0.40 | | 4,822.08 |
| 02/04/04 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 49.08 | | 4,871.16 |
| 02/13/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 32.08 | | 4,903.24 |
| 02/18/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 38.44 | | 4,941.68 |
| 02/26/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 19.10 | | 4,960.78 |
| 02/27/04 | 22 | NationsBank | General Sale Of Estate Property<br>Interest Rate  0.100 | 1270-000 | 0.38 | | 4,961.16 |
| 03/05/04 | 24 | Automatic Data Processing | Funds garnished for gun transfer | 1290-000 | 57.99 | | 5,019.15 |
| 03/11/04 | 24 | Automatic Data Processing, Inc | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 26.70 | | 5,045.85 |
| 03/31/04 | 22 | NationsBank | General Sale Of Estate Property<br>Interest Rate  0.100 | 1270-000 | 0.43 | | 5,046.28 |
| 04/15/04 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 0.56 | | 5,046.84 |
| 04/22/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 40.09 | | 5,086.93 |

Page Subtotals     317.89     0.00

Ver: 10.61a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 02-30511 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | CHAPEK, RANDY SCOTT | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0092 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2959 | | |
| For Period Ending: | 11/20/05 | Blanket Bond (per case limit): | $ 18,470,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/04 | 22 | NationsBank | General Sale Of Estate Property<br>Interest Rate 0.100 | 1270-000 | 0.41 | | 5,087.34 |
| 05/03/04 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 16.74 | | 5,104.08 |
| 05/10/04 | 24 | Automatic Data Processing | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 20.47 | | 5,124.55 |
| 05/13/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 17.57 | | 5,142.12 |
| 05/23/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 11.77 | | 5,153.89 |
| 05/28/04 | 22 | NationsBank | General Sale Of Estate Property<br>Interest Rate 0.100 | 1270-000 | 0.43 | | 5,154.32 |
| 06/01/04 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 17.99 | | 5,172.31 |
| 06/01/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 56.44 | | 5,228.75 |
| 06/02/04 | 000104 | International Sureties, Ltd.<br>Suite 1700<br>210 Baronne Street<br>New Orleans, La. 70112 | General Sale Of Estate Property<br>Bond Premium #016018055 | 2300-000 | | 3.89 | 5,224.86 |
| 06/15/04 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 20.05 | | 5,244.91 |
| 06/17/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished for gun transfer | 1290-000 | 61.57 | | 5,306.48 |
| 06/30/04 | 22 | NationsBank | General Sale Of Estate Property<br>Interest Rate 0.100 | 1270-000 | 0.43 | | 5,306.91 |
| 07/30/04 | 22 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.44 | | 5,307.35 |
| 08/12/04 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 89.22 | | 5,396.57 |
| 08/23/04 | 24 | Automatic Data Processing, Inc. | General Sale Of Estate Property<br>Funds garnished towards firearms | 1290-000 | 51.66 | | 5,448.23 |
| 08/27/04 | 24 | Automatic Data Processing, Inc. | Funds garnished towards firearms | 1290-000 | 54.52 | | 5,502.75 |

Page Subtotals  419.71  3.89

LFORM24

Ver: 10.61a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 02-30511 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | CHAPEK, RANDY SCOTT | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0092 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2959 | | |
| For Period Ending: | 11/20/05 | Blanket Bond (per case limit): | $ 18,470,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/04 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.46 | | 5,503.21 |
| 09/02/04 | 24 | Automatic Data Processing, Inc. | Payment for transfer of firearms | 1290-000 | 59.02 | | 5,562.23 |
| 09/13/04 | 24 | Automatic Data Processing, Inc. | Funds garnished towards firearms | 1290-000 | 15.78 | | 5,578.01 |
| 09/20/04 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 61.06 | | 5,639.07 |
| 09/23/04 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 12.85 | | 5,651.92 |
| 09/30/04 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 60.65 | | 5,712.57 |
| 09/30/04 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.46 | | 5,713.03 |
| 10/12/04 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 82.72 | | 5,795.75 |
| 10/12/04 | 24 | Automatic Data Processing, Inc. | Garnished funds for gun transfer | 1290-000 | 49.21 | | 5,844.96 |
| 10/29/04 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.49 | | 5,845.45 |
| 11/30/04 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.48 | | 5,845.93 |
| 12/31/04 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.50 | | 5,846.43 |
| 01/31/05 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.50 | | 5,846.93 |
| 02/28/05 | 22 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.12 | | 5,848.05 |
| 03/31/05 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.24 | | 5,849.29 |
| 04/29/05 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.20 | | 5,850.49 |
| 05/02/05 | 24 | Automatic Data Processing, Inc. | Funds garnished for gun transfer | 1290-000 | 56.21 | | 5,906.70 |
| 05/31/05 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.25 | | 5,907.95 |
| 06/09/05 | 000105 | International Sureties, Ltd. Suite 1700 210 Baronne Street New Orleans, La. 70112 | TRUSTEE BOND Bond #016018055 | 2300-000 | | 4.69 | 5,903.26 |
| 06/30/05 | 22 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.21 | | 5,904.47 |
| 07/29/05 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.25 | | 5,905.72 |
| 08/31/05 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.01 | | 5,908.73 |
| 09/30/05 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.91 | | 5,911.64 |
| 10/31/05 | 22 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.01 | | 5,914.65 |
| 11/15/05 | 22 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.36 | | 5,916.01 |
| 11/15/05 | | Transfer to Acct #*******7606 | Final Posting Transfer | 9999-000 | | 5,916.01 | 0.00 |

| | | | | Page Subtotals | 417.95 | 5,920.70 | |

Ver: 10.61a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

| Case No: | 02-30511 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | CHAPEK, RANDY SCOTT | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0092 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2959 | | |
| For Period Ending: | 11/20/05 | Blanket Bond (per case limit): | $ 18,470,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 6,079.39 | 6,079.39 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 5,916.01 | |
| | Subtotal | | 6,079.39 | 163.38 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 6,079.39 | 163.38 | |

Page Subtotals         0.00         0.00

Ver: 10.61a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

| Case No: | 02-30511 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | CHAPEK, RANDY SCOTT | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7606 Checking - Non Interest |
| Taxpayer ID No: | *******2959 | | |
| For Period Ending: | 11/20/05 | Blanket Bond (per case limit): | $ 18,470,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/15/05 | | Transfer from Acct #*******0092 | Transfer In From MMA Account | 9999-000 | 5,916.01 | | 5,916.01 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,916.01 | 0.00 | 5,916.01 |
| Less:  Bank Transfers/CD's | 5,916.01 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********0092 | 6,079.39 | 163.38 | 0.00 |
| Checking - Non Interest - ********7606 | 0.00 | 0.00 | 5,916.01 |
| | 6,079.39 | 163.38 | 5,916.01 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     5,916.01     0.00

LFORM24

Ver: 10.61a

# Exhibit A
# **PROPOSED DISTRIBUTION**

Case Number: 02-30511   DDO  
Debtor Name: CHAPEK, RANDY SCOTT

Page 1

Date: November 20, 2005

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $5,916.01 |
| | **Claim Type -** | | | | | | | |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $1,357.94 * $1,357.94 | $0.00 | $1,357.94 | $1,357.94 | $4,558.07 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $45.69 * $45.69 | $0.00 | $45.69 | $45.69 | $4,512.38 |
| | **Subtotal For Claim Type** | | | $1,403.63 * $1,403.63 | $0.00 | $1,403.63 | $1,403.63 | |
| | **Claim Type TAE - TRUSTEE ATTORNEY EXPENSES** | | | | | | | |
| 000010 | Fuller, Seaver & Ramette, P.A. * | Admin | 025 | $1,297.16 * $1,297.16 | $0.00 | $1,297.16 | $491.30 | $4,021.08 |
| | **Subtotal For Claim Type TAE** | | | $1,297.16 * $1,297.16 | $0.00 | $1,297.16 | $491.30 | |
| | **Claim Type TAF - TRUSTEE ATTORNEY FEES** | | | | | | | |
| 000009 | Fuller, Seaver & Ramette, P.A. | Admin | 025 | $10,616.75 * $10,616.75 | $0.00 | $10,616.75 | $4,021.08 | $0.00 |
| | **Subtotal For Claim Type TAF** | | | $10,616.75 * $10,616.75 | $0.00 | $10,616.75 | $4,021.08 | |
| | Subtotals For Class Administrative  44.42269 % | | | $13,317.54 * $13,317.54 | $0.00 | $13,317.54 | $5,916.01 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000002 | SECURITY BANK MINNESOTA 9515101 | Unsec | 070 | $1,219.52 * $1,219.52 | $0.00 | $1,219.52 | $0.00 | $0.00 |
| 000003 | MBNA AMERICA BANK 74973442534433 | Unsec | 070 | $17,320.95 * $17,320.95 | $0.00 | $17,320.95 | $0.00 | $0.00 |
| 000004 | WELLS FARGO BANK MN NA 397-1402749 | Unsec | 070 | $1,546.78 * $1,546.78 | $0.00 | $1,546.78 | $0.00 | $0.00 |
| 000005 | CITIBANK 6011767700226648 | Unsec | 070 | $1,546.16 * $1,546.16 | $0.00 | $1,546.16 | $0.00 | $0.00 |
| 000006 | MN STATE FSA OFFICE 27-047-0511 WITHDRWN 09/27/02 SEE DOC 36 | Unsec | 070 | $23,965.88 * $23,965.88 | $0.00 | $23,965.88 | $0.00 | $0.00 |

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK 371509715841004 | Unsec | 070 | $8,878.50 * $8,878.50 | $0.00 | $8,878.50 | $0.00 | $0.00 |
| | **Subtotal For Claim Type UC** | | | $54,477.79 * $54,477.79 | $0.00 | $54,477.79 | $0.00 | |
| | Subtotals For Class Unsecured | 0.00000 % | | $54,477.79 * $54,477.79 | $0.00 | $54,477.79 | $0.00 | |
| | << Totals >> | | | $67,795.33 $67,795.33 | $0.00 | $67,795.33 | $5,916.01 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 02-30511 DDO
**Debtor:** CHAPEK, RANDY SCOTT

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $6,079.39

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | $6,079.39 | 25% of First $5,000 | $1,250.00 |
| Less | - | $5,000.00 | ($1,250 Maximum) |  |
| Balance |  | $1,079.39 | 10% of Next $45,000 | $107.94 |
| Less | - | $1,079.39 | ($4,500 Maximum) |  |
| Balance |  | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) |  |
| Balance |  | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $1,357.94
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$1,357.94**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:
COPY: Photocopy/Duplication Expense 157 pages @ 0.25 / page     $39.25
POST: Postage 14 each @ 0.37 / each     $5.18
POST: Postage 1 each @ 1.26 / each     $1.26

TOTAL EXPENSES CALCULATED: $45.69
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$45.69**
==============
**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$1,403.63**

**DATED:** 11/20/05

**SIGNED** _____     **TRUSTEE:** RANDALL L. SEAVER
12400 PORTLAND AVENUE SOUTH
SUITE 132

# Compensation and Expenses Worksheet

**Case Number:** 02-30511 DDO
**Debtor:** CHAPEK, RANDY SCOTT

**BURNSVILLE, MN  55337**